# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 25-48523-tjt |
| Joshua Adam Kaplan, | Hon. Thomas J. Tucker |
|       Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Douglas C. Bernstein and the firm of Plunkett Cooney, 38505 Woodward Avenue, Suite 100, Bloomfield Hills, Michigan 48304, represent Oxford Bank, a party in interest in this case. The undersigned attorney and law firm hereby enter their Appearance pursuant to Section 1109(b) of the Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a)(b)(f) and 3017(a). All such notices should be addressed as follows:

Douglas C. Bernstein, Esq.
Plunkett Cooney
38505 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304
dbernstein@plunkettcooney.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the Notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion,

petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise filed with regard to the above cases and the proceedings therein.

                PLUNKETT COONEY

                By: /s/ DOUGLAS C. BERNSTEIN
                Douglas C. Bernstein
                Attorneys for Oxford Bank
                38505 Woodward Avenue, Suite 100
                Bloomfield Hills, MI 48304
                (248) 901-4091
                dbernstein@plunkettcooney.com
                P33833

August 25, 2025