**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

**Case Name:** Joshua Adam Kaplan                    **Case No.:** 25−48523−tjt

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

❑ **Amendment to Petition:**
    ❑ Name ❑ Debtor(s) Mailing Address ❑ Alias
    ❑ Signature ❑ Complying with Order Directing the Filing of Official Form(s)
❑ **Summary of Your Assets and Liabilities and Certain Statistical Information**
❑ **Statement of Financial Affairs**
■ **Schedules and List of Creditors:**
  ❑ Schedule A/B
  ❑ Schedule C ❑ Debtor 2 Schedule C
  ■ List of Creditors ❑ Schedule D ■ Schedule E/F and
    ■ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
    ❑ Change address of a creditor already on the List of Creditors – **No Fee Required**
  ❑ Schedule G
  ❑ Schedule H
  ❑ Schedule I
  ❑ Schedule J
  ❑ Schedule J-2
  ❑ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** Amending Debtor's Schedule E/F to Add Creditor, Sami Ahmad

| ➡ | **DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached.** |
|---|---|
| **Date**<br>September 19, 2025 | **Signature**<br>/s/ Jeffrey H. Bigelman (P61755) |
| ➡ | **AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief.** |
| **Date**<br>September 19, 2025 | **Signature**<br>/s/ Joshua Adam Kaplan |
| **Date** | **Signature** |

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**          **PLEASE CHANGE TO:**

_____               _____
_____               _____
_____               _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**          **PLEASE CHANGE TO:**

_____               _____
_____               _____
_____               _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**          **PLEASE CHANGE TO:**

_____               _____
_____               _____
_____               _____

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**      Sami Ahmad

**ADDRESS:**      c/o Kelly E. Kane (P81912)
TROUTMAN PEPPER LOCKE LLP
125 High Street, 19th Floor
Boston, MA 02110

**NAME OF CREDITOR:**      _____

**ADDRESS:**      _____
_____

**NAME OF CREDITOR:**      _____

**ADDRESS:**      _____
_____

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

| | |
|---|---|
| Debtor 1 | Joshua Adam Kaplan |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | 25-48523 |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** Internal Revenue Service | Last 4 digits of account number    Unknown | | $0.00 | $0.00 |

Priority Creditor's Name
**Centralized Insolvency Operations**
**P.O. Box 21126**
**Philadelphia, PA 19114-0326**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Tax Years 2022-2025

| 2.2 | Michigan Deparment of Treasury | Last 4 digits of account number _____ | Unknown | $0.00 | $0.00 |

Priority Creditor's Name
Bankruptcy Unit
PO Box 30168
Lansing, MI 48909
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
        Tax Years 2022-2025

---

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | AJ Levy | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
570 Grand St., H1202
New York, NY 10002
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Notice

---

Debtor 1    Joshua Adam Kaplan                                  Case number (if known)    25-48523

| 4.2 | Alliance Mechanical | Last 4 digits of account number ___ ___ ___ ___ | $29,995.64 |

Nonpriority Creditor's Name
c/o Toma Law Firm
Attn: Ray Toma
74 W. Long Lake Rd. #101
Bloomfield Hills, MI 48304

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    guaranty on business debt

---

| 4.3 | Ally | Last 4 digits of account number ___ ___ ___ ___ | $9,153.91 |

Nonpriority Creditor's Name
P.O. Box 130424
Saint Paul, MN 55113

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    guaranty on business debt

---

| 4.4 | American Express Delta Reserve Business | Last 4 digits of account number ___ ___ ___ ___ | $10,090.38 |

Nonpriority Creditor's Name
P.O. Box 981535
El Paso, TX 79998-1535

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    guaranty on business debt

---

| 4.5 | American Express Platinum | Last 4 digits of account number _____ | $85,254.27 |

Nonpriority Creditor's Name
P.O. Box 981535
El Paso, TX 79998-1535
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    business debt

| 4.6 | American Express Platinum Business | Last 4 digits of account number _____ | $6,497.74 |

Nonpriority Creditor's Name
P.O. Box 981535
El Paso, TX 79998-1535
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    guaranty on business debt

| 4.7 | American Family Care | Last 4 digits of account number _____ | $500.35 |

Nonpriority Creditor's Name
39450 W 14 Mile Rd
Walled Lake, MI 48390-3907
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical

| 4.8 | Andy Gutman, Receiver | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Farbman Group
28400 Northwestern Hwy., 4th Floor
Southfield, MI 48034
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Notice only

---

| 4.9 | ASI | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Keith McLean
1780 E. Highwood
Pontiac, MI 48340
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    notice only- business debt

---

| 4.10 | Barclay Card Card Services | Last 4 digits of account number _____ | $24,869.07 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 8801
Wilmington, DE 19899-8801
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    busienss debt

| 4.1 1 | Basil T. Simon, Receiver | Last 4 digits of account number ____ | $0.00 |

**Basil T. Simon, Receiver**
Nonpriority Creditor's Name
Simon Stella & Zingas PC□
422 W Congress St Ste 400
Detroit, MI 48226
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Notice Only

---

| 4.1 2 | Best Buy / Citibank, N.A. | Last 4 digits of account number ____ | $23,875.00 |

**Best Buy / Citibank, N.A.**
Nonpriority Creditor's Name
P.O. Box 790441
Saint Louis, MO 63179-0441
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business debt

---

| 4.1 3 | BMW Financial | Last 4 digits of account number ____ | Unknown |

**BMW Financial**
Nonpriority Creditor's Name
P.O. Box 3608
Dublin, OH 43016
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  guaranty on business debt.  Vehicle surrendered

---

| 4.1 4 | Bucks Lending LLC | Last 4 digits of account number | | $813,150.68 |

Nonpriority Creditor's Name
c/o Jason Mansour
33086 Northwestern Highway
West Bloomfield, MI 48322
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   guaranty on business debt

---

| 4.1 5 | Capital Glass & Mirror | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
c/o Todd Newbill
11617 Industriplex Blvd
Baton Rouge, LA 70809
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business Debt- notice only

---

| 4.1 6 | Capital One | Last 4 digits of account number | | $120,315.91 |

Nonpriority Creditor's Name
P.O. Box 30285
Salt Lake City, UT 84130-0285
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   guaranty on business debt

---

| 4.17 | Capital One | | Last 4 digits of account number | | $22,884.00 |

**Capital One**
Nonpriority Creditor's Name
P.O. Box 30285
Salt Lake City, UT 84130-0285
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  $22,884.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   guaranty on business debt

---

| 4.18 |

**Chase Hyatt**
Nonpriority Creditor's Name
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  $24,558.79

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   guaranty on business debt

---

| 4.19 |

**Chase Ink**
Nonpriority Creditor's Name
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  $11,916.17

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   guaranty on business debt

| 4.20 | Chase Ink | Last 4 digits of account number ___ ___ ___ ___ | $19,859.70 |

Nonpriority Creditor's Name
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    guaranty on business debt

---

| 4.21 | Chase Ink Charge Card | Last 4 digits of account number ___ ___ ___ ___ | $99,931.56 |

Nonpriority Creditor's Name
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    guaranty on business debt

---

| 4.22 | Chase Ritz Carlton | Last 4 digits of account number ___ ___ ___ ___ | $14,627.70 |

Nonpriority Creditor's Name
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    credit card

| Debtor 1 | Joshua Adam Kaplan | Case number (if known) | 25-48523 |
|---|---|---|---|

| 4.2 3 | Chase Saphire | Last 4 digits of account number | | | | $4,801.93 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    credit card

---

| 4.2 4 | Claudio Tartaglia | Last 4 digits of account number | | | | Unknown |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
5157 Carinas Way Ct
Commerce Township, MI 48382
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt- notice only

---

| 4.2 5 | Comerica c/o | Last 4 digits of account number | | | | $7,088,043.87 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
Bodman, PLC
Jefffrey Raphelson
1901 St Antoine Street
Detroit, MI 48226
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business lawsuit- judgment

---

| 4.2 6 | | | |
|---|---|---|---|

Costco / Citibank, N.A.
Nonpriority Creditor's Name
P.O. Box 790441
Saint Louis, MO 63179-0441
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___                    $12,288.05

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    credit card

---

| 4.2 7 | | | |
|---|---|---|---|

CSC Capital
Nonpriority Creditor's Name
c/o Michael Khalil
1471 E Nine Mile Rd
Hazel Park, MI 48030
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___                    $1,719,053.08

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    guaranty on business debt.  In liitgation

---

| 4.2 8 | | | |
|---|---|---|---|

Dina De Laurentiis Trust DTD
Nonpriority Creditor's Name
c/o Justin Shane
10720 Ohio Avenue #3
Los Angeles, CA 90024
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___                    $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Notice

25-48523-tjt    Doc 26    Filed 09/19/25    Entered 09/19/25 13:06:39    Page 13 of 27

| 4.2 9 | Discover | | Last 4 digits of account number | | $23,624.60 |
|---|---|---|---|---|---|

**Discover**
Nonpriority Creditor's Name
2500 Lake Cook Road
Riverwoods, IL 60015
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    $23,624.60

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  credit card

---

| 4.3 0 | FNBO | | Last 4 digits of account number | | $68.48 |
|---|---|---|---|---|---|

**FNBO**
Nonpriority Creditor's Name
P.O. Box 2340
Omaha, NE 68103
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    $68.48

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  credit card

---

| 4.3 1 | Fried Saperstein Sakwa, PC | | Last 4 digits of account number | | $5,066.54 |
|---|---|---|---|---|---|

**Fried Saperstein Sakwa, PC**
Nonpriority Creditor's Name
c/o Layne Sakwa
150 W. Second Street, Ste 250
Royal Oak, MI 48067
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    $5,066.54

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  attorney fees

---

| 4.3 2 | Gary Fields | Last 4 digits of account number | | $78,000.00 |

**Gary Fields**
Nonpriority Creditor's Name
6670 Country Club Lane
West Bloomfield, MI 48322
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  loan

---

| 4.3 3 | Gm Financial | Last 4 digits of account number | | Unknown |

**Gm Financial**
Nonpriority Creditor's Name
P.O. Box 1630
Fort Worth, TX 76101-1592
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  voluntary surrender

---

| 4.3 4 | Hertz Schram | Last 4 digits of account number | | $21,141.25 |

**Hertz Schram**
Nonpriority Creditor's Name
c/o Walter Piszczatowski
1760 SOUTH TELEGRAPH ROAD,
Suite 300
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  attonreys fees

**4.3 5**

**JP Morgan Chase**
Nonpriority Creditor's Name
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt-notice only

---

**4.3 6**

**JP Morgan Chase**
Nonpriority Creditor's Name
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $213,095.24

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    business debt

---

**4.3 7**

**Knollwood Country Club**
Nonpriority Creditor's Name
5050 W Maple Rd
West Bloomfield, MI 48322
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $20,962.95

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Country Club Membership

Debtor 1    Joshua Adam Kaplan        Case number (if known)    25-48523

| 4.38 | Lakeside Birmingham Investments LLC | Last 4 digits of account number | | $500,000.00 |

**Nonpriority Creditor's Name**
c/o SCHENK & BRUETSCH PLC
BRIAN C. SUMME
211 West Fort Street, Suite 1410
Detroit, MI 48226

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   guaranty on business debt. Debtor believes liability capped at $500k per agreement

---

| 4.39 | Landrover Financial Group | Last 4 digits of account number | | $62,706.89 |

**Nonpriority Creditor's Name**
1820 E. Sky Harbor Circle S, Suite 150
Phoenix, AZ 85034-4875

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   guaranty on business debt- voluntary surrender

---

| 4.40 | LianaCo, LLC | Last 4 digits of account number | | $332,568.00 |

**Nonpriority Creditor's Name**
975 Browers Point Branch
Woodmere, NY 11598

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Business loan

---

| 4.4 1 | **Lyfe Industries, LLC** | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
c/o Ben Gonek
14290 Northline Rd
Southgate, MI 48195-1820
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  Business Settlement Agreement

---

| 4.4 2 | **Maddin Hauser** | | **Last 4 digits of account number** _____ | $0.00 |

Nonpriority Creditor's Name
28400 Northwestern Hwy
Third Floor
Southfield, MI 48034
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  Legal consultation- notice only

---

| 4.4 3 | **McLaughlin Family Properties, Inc.** | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
c/o Ken McLaughlin
14405 Dix - Toledo Road
Southgate, MI 48195
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  notice only

### 4.4 4

| | |
|---|---|
| **Mercedes Benz Financial** | **Last 4 digits of account number** _____ Unknown |
| Nonpriority Creditor's Name | |
| 36455 Corporate Drive | **When was the debt incurred?** _____ |
| Farmington, MI 48331 | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  guaranty on business debt-voluntary surrender |

### 4.4 5

| | |
|---|---|
| **Mercedes Benz Financial** | **Last 4 digits of account number** _____ $3,129.17 |
| Nonpriority Creditor's Name | |
| 36455 Corporate Drive | **When was the debt incurred?** _____ |
| Farmington, MI 48331 | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  guaranty on business debt-voluntary surrender |

### 4.4 6

| | |
|---|---|
| **Michigan Strategic Fund** | **Last 4 digits of account number** _____ Unknown |
| Nonpriority Creditor's Name | |
| 300 North Washington Square | **When was the debt incurred?** _____ |
| Lansing, MI 48913 | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  Notice |

| 4.4 7 | Miller Canfield | Last 4 digits of account number ___ ___ ___ ___ | $1,286,301.12 |

**Nonpriority Creditor's Name**
c/o Thomas Crammer
150 West Jefferson
Suite 2500
Detroit, MI 48226
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Attorneys Fees

---

| 4.4 8 | MiraMed | Last 4 digits of account number ___ ___ ___ ___ | $476.64 |

**Nonpriority Creditor's Name**
360 E 22nd St
Lombard, IL 60148
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Collecting for Botsford hospital

---

| 4.4 9 | Neil Fetter | Last 4 digits of account number ___ ___ ___ ___ | $1,000,000.00 |

**Nonpriority Creditor's Name**
c/o Bruce Seyburn
7457 Franklin Road, Suite 250
Bloomfield Hills, MI 48301
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   guaranty on business debt

---

| 4.5 0 | Newbill Coffee Capital Partners, LLC | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
c/o George Newbill
11617 Industriplex Blvd.
Baton Rouge, LA 70809
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt-notice only

---

| 4.5 1 | Nimbus Group | Last 4 digits of account number | $125,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Daniel Rudyak
777 Westholme Avenue
Los Angeles, CA 90024
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

| 4.5 2 | Oxford Bank | Last 4 digits of account number | $5,883,786.31 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Plunkett Cooney
Douglas C. Bernstein
38505 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Litigation

| 4.5 3 | RB Property Associates LLC | Last 4 digits of account number | | $125,451.33 |

Nonpriority Creditor's Name
c/o Don Ayers
3864 Courtney St., Suite 140
Bethlehem, PA 18017
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    guaranty on business debt

---

| 4.5 4 | Roberts Capital LLC | Last 4 digits of account number | | $350,000.00 |

Nonpriority Creditor's Name
c/o George Roberts
6400 Telegraph Rd., Suite 2500
Bloomfield Hills, MI 48301
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    guaranty on business debt

---

| 4.5 5 | Sami Ahmad | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
c/o Kelly E. Kane (P81912)
TROUTMAN PEPPER LOCKE LLP
125 High Street, 19th Floor
Boston, MA 02110
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Arbitration

| 4.5 6 | SK-L 46 LLC | | | $1,841,610.00 |

**Nonpriority Creditor's Name**
c/o Bruce Seyburn
7457 Franklin Road, Suite 250
Bloomfield Hills, MI 48301
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   guaranty on business debt

---

| 4.5 7 | Small Business Administration | | | $1,566,519.00 |

**Nonpriority Creditor's Name**
US Dept. of the Treasury
Debt Management Services
PO BOX 830794
Birmingham, AL 35283
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   potential guaranty on business debt

---

| 4.5 8 | SoFi | | | $24,757.46 |

**Nonpriority Creditor's Name**
PO Box 981075
Boston, MA 02298-1075
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   credit card

| 4.59 | | | |
|---|---|---|---|

Stevenson & Bullock, PC
Nonpriority Creditor's Name
26100 American Drive
Suite 500
Southfield, MI 48034
Number Street City State Zip Code

**Last 4 digits of account number** _____  $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Legal consultation- notice only

| 4.60 | | | |
|---|---|---|---|

Supply Line International Investors LLC
Nonpriority Creditor's Name
c/o Bruce Seyburn
7457 Franklin Road, Suite 250
Bloomfield Hills, MI 48301
Number Street City State Zip Code

**Last 4 digits of account number** _____  $6,471,643.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   guaranty on business debt

| 4.61 | | | |
|---|---|---|---|

Supply Line International RE Investors L
Nonpriority Creditor's Name
c/o Bruce Seyburn
7457 Franklin Road, Suite 250
Bloomfield Hills, MI 48301
Number Street City State Zip Code

**Last 4 digits of account number** _____  $3,600,000.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   guaranty on business debt

25-48523-tjt    Doc 26    Filed 09/19/25    Entered 09/19/25 13:06:39    Page 24 of 27

| 4.6 2 | Suzhou Meccan Imp & Exp Co | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |

**Suzhou Meccan Imp & Exp Co**
Nonpriority Creditor's Name
c/o Miller Johnson
Jeffrey Muth
45 Ottawa Ave SW
Grand Rapids, MI 49503
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___          $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business Litigation- notice

---

| 4.6 3 | United Collection Bureau | | $159.67 |

**United Collection Bureau**
Nonpriority Creditor's Name
5620 Southwyck Blvd.
Toledo, OH 43614
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___          $159.67

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Collecting for Beaumont hospital

---

| 4.6 4 | University of Michigan - Health System | | $165.88 |

**University of Michigan - Health System**
Nonpriority Creditor's Name
Dept. CH  14410
Palatine, IL 60055-4410
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___          $165.88

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    medical

| 4.6 5 | | | |
|---|---|---|---|

**Wolfson Bolton**
Nonpriority Creditor's Name

880 W Long Lake Rd Suite 420
Troy, MI 48098
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Legal consultation- notice only

---

| 4.6 6 | | | |
|---|---|---|---|

**ZB Verified Investments, LLC**
Nonpriority Creditor's Name

c/o Taft Stettinius & Hollister LLP
Ethan Holtz
Southfield, MI 48034
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    $4,893,111.12

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Litigation

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that** | 6g. | $ 0.00 |

|  | you did not report as priority claims | | |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 38,571,012.45 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 38,571,012.45 |