UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Joshua Adam Kaplan     **Case No.:** 25−48523−tjt

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
    - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☒ **Statement of Financial Affairs- Supplement to SOFA #18.**
- ☐ **Schedules and List of Creditors:**
    - ☐ Schedule A/B
    - ☐ Schedule C  ☐ Debtor 2 Schedule C
    - ☐ List of Creditors  ☐ Schedule D  ☐ Schedule E/F  and
        - ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
        - ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
    - ☐ Schedule G
    - ☐ Schedule H
    - ☐ Schedule I
    - ☐ Schedule J
    - ☐ Schedule J-2
    - ☐ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

| | |
|---|---|
| **Additional Details of Amendment(s):** Debtor is providing a Supplement to his Statement of Financial Affairs #18, only. See Attached Spreadsheet. | |

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date<br>October 9, 2025 | Signature<br>/s/ Jeffrey H. Bigelman (P61755) |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date<br>October 9, 2025 | Signature<br>/s/ Joshua Adam Kaplan |
| Date | Signature |

| Posting Date | Transfer | Basis for Transfer | Amount |
|---|---|---|---|
| 6/4/2025 | Transfer to sli | money cane from me depositing my payroll checks | -$12,000.00 |
| 5/13/2025 | Transfer to sli | money came from Gary Fields. | -$56,000.00 |
| 4/24/2025 | Transfer to sli | money came from JC Traders and sent to sli to cover payroll | -$23,000.00 |
| 4/23/2025 | Gary Fields | Repayment of Gary Field 4/17 transfer. 10k came from sli | -$11,250.00 |
| 4/21/2025 | Gary Fields | Repayment of Gary Field 4/17 transfer. Money came in from JC Traders to pay | -$11,250.00 |
| 4/17/2025 | Transfer to sli | money received on 4/17 from Gary Fields and sent to SLI for business expense | -$20,000.00 |
| 3/20/2025 | Transfer to sli | money received from payroll checks and sent to SLI for business expense | -$40,000.00 |
| 3/17/2025 | Transfer to sli | money received from retirement account and sent to SLI for business expense | -$30,000.00 |
| 2/20/2025 | Transfer to sli | money received from etrade account and sent to SLI for business expense | -$30,000.00 |
| 2/13/2025 | Transfer to sli | borrowed money from AJ Levy and sent to SLI for business expense | -$8,000.00 |
| 2/12/2025 | Transfer to sli | SLI for business expense | -$30,000.00 |
| 2/6/2025 | Transfer to sli | error. offsetting transaction same day | -$12,000.00 |
| 2/4/2025 | Transfer to sli | money received from Gary Fields and sent to SLI for business expense | -$40,000.00 |
| 1/28/2025 | Transfer to sli | transfer to sli to cover business expense | -$7,500.00 |
| 1/24/2025 | Kramer Scientific on behalf of SLI Medical | purchase of medical supplies | -$20,000.00 |
| 1/23/2025 | Transfer to sli | offsetting transaction next day | -$25,000.00 |
| 12/27/2024 | Transfer to sli | Loan received from Lianaco to cover SLI business expenses | -$10,000.00 |
| 12/13/2024 | Transfer to sli | Loan received from Lianaco to cover SLI business expenses | -$300,000.00 |
| 9/20/2024 | transfer to Divided Sky Holdings | cover business expense | -$10,000.00 |
| 8/29/2024 | transfer to Divided Sky Holdings | cover business expense | -$5,000.00 |
| 8/14/2024 | repayment from sli | Repayment of Gary Field 8/8 transfer. | -$25,000.00 |
| 8/8/2024 | Transfer to sli | money received from Gary Fields and sent to SLI for business expense | -$20,000.00 |
| 6/28/2024 | purchase for sli | auto parts purchase | -$5,000.00 |
| 5/30/2024 | loan payment for Divided Sky Holdings | covered loan payment for divided sky holdings | -$14,678.04 |
| 5/16/2024 | Transfer to sli | money received from Gary Fields and sent to SLI for business expense | -$20,000.00 |
| 4/26/2024 | transfer to Divided Sky Holdings | cover business expense | -$9,000.00 |
| 4/24/2024 | transfer to Divided Sky Holdings | cover business expense | -$8,500.00 |
| 4/23/2024 | repayment from prior month | offseting transaction in prior month | -$5,000.00 |
| 4/18/2024 | transfer to Divided Sky Holdings | cover business expense | -$20,000.00 |
| 4/4/2024 | transfer to Divided Sky LLC | cover business expense | -$42,000.00 |
| 3/11/2024 | transfer to Divided Sky LLC | cover business expense | -$36,000.00 |
| 2/5/2024 | transfer to Divided Sky LLC | cover business expense | -$48,000.00 |
| 10/30/2023 | Transfer to sli | cover business expense | -$5,000.00 |