UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

JOSHUA ADAM KAPLAN,   Case No. 25-48523-TJT
                      Chapter 7
                      HON. Thomas J. Tucker

              Debtor.
_____ /

## NOTIFICATION OF ASSET CASE (NO HEARING SET) TO CLERK OF THE UNITED STATES BANKRUPTCY COURT

      Homer McClarty, the duly appointed Chapter 7 Trustee in the above-named captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

                                      */s/ Homer W. McClarty*
                                      Homer W. McClarty (P26670)
                                      Chapter 7 Trustee
                                      19785 West Twelve Mile
                                      Suite 331
                                      Southfield, MI 48076
                                      (248) 352-7686

Dated: October 16, 2025