UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joshua Adam Kaplan,                               Case No. 25-48523-TJT
                                                         Chapter 7
                         Debtor.                            Judge Thomas J. Tucker
_____/

**ORDER GRANTING FIRST INTERIM FEE APPLICATION
OF TRUSTEE'S COUNSEL**

       This case is before the Court on the first interim fee application of Steinberg Shapiro & Clark for fees and expenses for services rendered as attorneys for the Trustee (Docket # 111, the "Application"). The actual fees for the period August 27, 2025 through February 12, 2026 totaled $13,005.50. Steinberg Shapiro & Clark has only requested approval of $8,000.00 and may seek approval of the balance in future applications. Required parties were served with the Application and with notice of the deadline for objections thereto. No objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Application and other pertinent pleadings, and finds good cause to enter this Order.

       IT IS ORDERED that the Application is granted, and Steinberg Shapiro & Clark is awarded fees of $8,000.00 and expenses of $105.74 under 11 U.S.C. § 330(a).

**Signed on March 16, 2026**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge