IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

|  |  |
|---|---|
| Debtor. | Case No. 25-48523-TJT |
| | Chapter 7 |
| _____/ | Judge Thomas J. Tucker |

## NOTICE OF COMPLIANCE
## WITH PARAGRAPH THREE OF ORDER GRANTING, IN PART, THE DEBTOR'S MOTION TO ENFORCE THE AUTOMATIC STAY (ECF No. 98)

Josh Kaplan ("Debtor"), by and through his attorneys, OSIPOV BIGELMAN, P.C., states as follows:

1.      Filed herewith is a privilege log that identifies each document in the SLI Server ESI that the Debtor contends is privileged or otherwise subject to protection from disclosure. Such privilege log must satisfy the requirements of Fed. R. Civ. P. 26(b)(5)(A)(ii).

Exhibit A which consists of a set of PDF's in sizes not greater then 5mb containing, collectively, 3,768 pages comprised of a list of files on the S Drive not owned by SLI which are privileged and or confidential and in which I and or others separate from SLI claim an interest

Exhibit B which consists of a set of PDF's in sizes not greater then 5mb containing, collectively, a list of files owned by SLI except for those which have been highlighted. As to the highlighted files those are of the same nature as those described in Exhibit A

Exhibit C which consists of a PDF not greater then 5mb containing a list of files owned by SLI except for those which have been highlighted. As to the highlighted files those are of the same nature as those described in Exhibit A

Exhibit D which is a privilege log as we discussed in sizes not greater then 5mb

Respectfully submitted,

**OSIPOV BIGELMAN, P.C.**

DATED: March 18, 2026

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Debtor
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: 248-663-1800/Fax: 248-663-1801
jhb@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN

Chapter 7
Case No. 25−48523−tjt
Hon. Thomas J. Tucker

Debtor.
_____/

**CERTIFICATE OF SERVICE**

I also electronically filed NOTICE OF COMPLIANCE WITH PARAGRAPH THREE OF ORDER GRANTING, IN PART, THE DEBTOR'S MOTION TO ENFORCE THE AUTOMATIC STAY (ECF No. 98) and Certificate of Service with Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Marc M. Bakst on behalf of Creditor Comerica Bank
mbakst@bodmanlaw.com, lstewart@bodmanllp.com

Jason W. Bank on behalf of Creditor CSC Capital Group, LLC
jbank@kerr-russell.com, nnajor@kerr-russell.com

Douglas C. Bernstein on behalf of Interested Party Oxford Bank
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com

Jeffrey H. Bigelman on behalf of Debtor Joshua Adam Kaplan
jhb_ecf@osbig.com, tc@osbig.com;mk@osbig.com

Tracy M. Clark on behalf of Trustee Homer W. McClarty
clark@steinbergshapiro.com

Kimberly Ross Clayson on behalf of Creditor ZB Verified Investments LLC
kclayson@taftlaw.com,
ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com;TStorm@taftlaw.com

Cheryl Cook on behalf of Creditor Mercedes-Benz Vehicle Trust
bknotices@potestivolaw.com, cdcooklaw@gmail.com

Robert J. Diehl, Jr. on behalf of Creditor Comerica Bank
rdiehl@bodmanlaw.com

Danielle Love on behalf of Creditor CSC Capital Group, LLC
dkus@kerr-russell.com

Homer W. McClarty
trustee@morganmcclarty.com,
MI34@ecfcbis.com;hwm1@trustesolutions.net;annbrewer632@gmail.com

Todd J Ruchman on behalf of Creditor JPMorgan Chase Bank, N.A.
amps@manleydeas.com

Molly Slutsky Simons on behalf of Creditor JPMorgan Chase Bank, N.A.
amps@mdklegal.com

Respectfully submitted,
**OSIPOV BIGELMAN, P.C.**

DATED: March 18, 2026

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Debtor
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: 248-663-1800/Fax: 248-663-1801
jhb@osbig.com