UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Joshua Adam Kaplan, | Case No. 25-48523-TJT |
| | Chapter 7 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

**STIPULATION TO ADJOURNING HEARING ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

Chapter 7 Trustee Homer W. McClarty and the Debtor stipulate to entry of the attached order adjourning the hearing on Trustee's Objection to Debtor's Exemption of Records (Docket #112) from April 15, 2026, to May 6, 2026, at 9:00 a.m.

| | |
|---|---|
| Steinberg Shapiro & Clark | Osipov Bigelman, P.C. |
| /s/ Tracy M. Clark | /s/ David P. Miller |
| Tracy M. Clark (P60262) | David P. Miller (P79911) |
| Attorney for Trustee | Jeffrey H. Bigelman (P61755) |
| 25925 Telegraph Rd., Suite 203 | Attorney for Debtor |
| Southfield, MI 48033 | 20700 Civic Center Dr., Suite 420 |
| (248) 352-4700 | Southfield, MI 48076 |
| clark@steinbergshapiro.com | (248) 663-1800 |
| | jhb@osbig.com |

In re:

Joshua Adam Kaplan,

                      Debtor.

_____/

Case No. 25-48523-TJT
Chapter 7
Hon. Thomas J. Tucker

## STIPULATED ORDER ADJOURNING HEARING ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

This matter came before the Court upon the stipulation ("Stipulation"; Docket # ___) between the Trustee and the Debtor, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

IT IS ORDERED that the hearing on the Trustee's Objection to Debtor's Exemption of Records (Docket #112) is adjourned from April 15, 2026, at 9:00 a.m. to May 6, 2026, at 9:00 a.m. and will be held in person at Courtroom 1925, 211 West Fort St., Detroit, Michigan 48226.