UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joshua Adam Kaplan,                                  Case No. 25-48523-TJT
                                                     Chapter 7
                  Debtor.                    Judge Thomas J. Tucker
_____/

### ORDER ADJOURNING IN-PERSON HEARING ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Based on the stipulation filed April 13, 2026 (Docket # 129, the "Stipulation") between the Trustee and the Debtor, the Court finds good cause to enter this Order.

IT IS ORDERED that the hearing on the Trustee's Objection to Debtor's Exemption of Records (Docket # 112), currently scheduled for April 15, 2026, at 9:00 a.m., is adjourned to **May 6, 2026, at 9:00 a.m.**, and will be held in person in Courtroom 1925, 211 West Fort St., Detroit, Michigan.

**Signed on April 13, 2026**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**