UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN

Chapter 7
Case No. 25−48523−tjt
Hon. Thomas J. Tucker

Debtor.

_____/

## SUPPLEMENT TO RULE 2016(b) STATEMENT

NOW COMES OSIPOV BIGELMAN, P.C., attorneys for the Debtor, and

hereby supplements the Rule 2016(b) Statement previously filed by OSIPOV

BIGELMAN, P.C. to include the following:

OSIPOV BIGELMAN, P.C. received the following sums for application

against services rendered post-petition:

| Date | Amount | Source of Payment |
|------|--------|-------------------|
| 2/17/26 | $9,564.79 | Debtor's Mother |
| 3/19/26 | $6,435.74 | Debtor's Mother |

Respectfully submitted,
**OSIPOV BIGELMAN, P.C.**

DATED: April 15, 2026

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Debtor
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: 248-663-1800/Fax: 248-663-1801
jhb@osbig.com