UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 25-48523

JOSHUA ADAM KAPLAN,                                             Chapter 7

               Debtor.                                          Judge Thomas J. Tucker
_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTION

This case came before the Court for a hearing on May 6, 2026, on the Chapter 7 Trustee's objection to exemptions entitled "Trustee's Objection to Debtor's Exemption of Records," (Docket # 112, the "Objection to Exemption"). Counsel for the Chapter 7 Trustee and counsel for the Debtor each appeared at the hearing. No one else appeared. For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that the Trustee's Objection to Exemption is sustained, and the Debtor's claimed exemption in the property described in part as "Debtor's Data on SLI Server in possession of state court receiver . . ." under Mich. Comp. Laws § 600.5451(1)(c) (*see* Debtor's amended Schedule C (Docket #92 at pdf p. 14) is disallowed in its entirety.

**Signed on May 6, 2026**

/s/ Thomas J. Tucker

**Thomas J. Tucker**
**United States Bankruptcy Judge**