UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joshua Adam Kaplan,                              Case No. 25-48523-TJT
                                                 Chapter 7
              Debtor.                            Hon. Thomas J. Tucker
_____/

## MOTION FOR ORDER APPROVING COMPROMISE

### Jurisdiction

1.     Joshua Adam Kaplan ("Debtor") filed a petition for relief under Chapter 7 of the U.S. Bankruptcy Code with the U.S. Bankruptcy Court, Eastern District of Michigan on August 22, 2025 ("Petition Date").

2.     Homer W. McClarty ("Trustee") is the Chapter 7 Trustee for the bankruptcy estate.

3.     The Court has jurisdiction over this Chapter 7 bankruptcy case. *See* 28 U.S.C. § 1334. The case, and all related proceedings and contested matters, have been referred to this bankruptcy court for determination. *See* 28 U.S.C. § 157(a); LR 83.50 (E.D. Mich.).

4.     This is a core proceeding over which this Court has authority to enter a final order. *See* 28 U.S.C. § 157(b)(2)(A) (matters concerning administration of the estate) and 28 U.S.C. § 157(b)(2)(O) (other proceedings affecting the liquidation of assets of the estate).

## Background

5. The Debtor made payments ("Transfers") to his mother, Andrea Kaplan, totaling $21,730.00 during the two-year period preceding the Petition Date. (Docket # 37, SOFA ¶ 13.)

6. The Trustee made demand upon Ms. Kaplan to avoid and recover the Transfers under §§ 544, 548, and 550 of the bankruptcy code.

7. Ms. Kaplan contends that the Debtor was solvent when many of the Transfers were made and asserts that, because the Debtor held interests in multiple companies at the time of the Transfers, any effort to establish insolvency would require a complex and costly analysis. Ms. Kaplan further contends that her sole source of income is social security benefits and that she is essentially uncollectable.

8. Following negotiations, Andrea Kaplan has offered to pay the estate $7,500.00 for a full release of claims. (Exhibit A, Stipulation to Compromise Order.)

## Legal basis for compromise

9. Bankruptcy Rule 9019(a) provides, in pertinent part, that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement."

10. Compromises expedite the administration of the case, reduce administrative costs, and are favored in bankruptcy. *See In re McInerney*, 528 B.R. 684, 687 (Bankr. E.D. Mich. 2014); *In re Woodberry* at 629 B.R. at 243 (citations omitted).

11. Settlements are reviewed under the "business judgment rule," which creates a presumption in favor of the Trustee. *See In re Woodberry*, 629 B.R. 239, 243 (Bankr. E.D. Mich. 2021) (citations omitted).

12. In determining whether to approve a settlement, the bankruptcy court must apprise itself of the underlying facts and make an independent judgment as to whether the compromise is "fair and equitable." *Prime Fin., Inc. v. Shapiro* (*In re TAJ Graphics Enters., L.L.C.*), 162 F.4th 791, 798 (Dec. 22, 2025) (citations omitted).

13. The Sixth Circuit has adopted the following four-part test for evaluating a settlement—

> (a) the probability of success in the litigation;
> (b) the difficulties, if any, to be encountered in the matter of collection;
> (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and
> (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*Id*. (citation omitted).

**Basis for the Trustee's request for compromise approval**

14.     The Trustee believes the proposed compromise is fair, equitable, and in the best interest of the estate for the following reasons:

a. The Trustee's investigation has not revealed any other claims or causes of action that may be asserted against Ms. Kaplan.

b. Ms. Kaplan's income consists of social security benefits, and the financial information she provided reflects limited liquidity, making collection of a judgment likely difficult and expensive.

c. At the time of the Transfers, the Debtor owned interests in multiple companies, which would make any insolvency analysis complex, time-consuming, and expensive to litigate.

**Request for Relief**

The Trustee respectfully requests that this Court enter an order in the form attached and grant such further relief as this Court deems appropriate.

Steinberg Shapiro & Clark

/s/ Tracy M. Clark (P60262)
Attorney for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: May 11, 2026

In re:

Joshua Adam Kaplan,                                     Case No. 25-48523-TJT
                                                        Chapter 7
                        Debtor.                         Hon. Thomas J. Tucker
_____/

## ORDER APPROVING COMPROMISE

This matter came before the Court on the Trustee's Motion for Order

Approving Compromise ("Motion"; Docket #___). Required parties were served

with the Motion and with notice of the deadline for objections. No objection was

timely filed, and a certification of no response has been filed. The Court has

reviewed the Motion and other pertinent pleadings and is advised in the premises.

IT IS ORDERED as follows:

A.      The Motion is granted as set forth in this Order, and the proposed

compromise of the bankruptcy estate's claims against Andrea Kaplan is approved.

B.      Within 10 days after entry of this Order, Andrea Kaplan must deliver

$7,500.00 ("Settlement Amount") to "Homer W. McClarty, Trustee" c/o Tracy M.

Clark, Esq. at Steinberg Shapiro & Clark, 25925 Telegraph Rd., Suite 203,

Southfield, Michigan 48033.

C. If the Settlement Amount is not timely delivered, the Trustee may file a Declaration of Default with the Court. Immediately upon the filing of the Declaration of Default, this Order will constitute a judgment in favor of the Trustee and against Andrea Kaplan in the amount of $21,730.00, plus interest and costs of collection including attorney fees, and the Trustee may take collection action under Fed. R. Civ. P. 69(a) to enforce the judgment, less any payments previously made.

D. This resolves all claims the bankruptcy estate has against Andrea Kaplan.

E. Any claims that Andrea Kaplan may have against the bankruptcy estate are disallowed.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joshua Adam Kaplan, xxx-xx-8876          Case No. 25-48523-TJT
7412 Carlyle Crossing                    Chapter 7
West Bloomfield, MI 48322                 Hon. Thomas J. Tucker

        Debtor.
_____/

**NOTICE OF TRUSTEE'S MOTION FOR
ORDER APPROVING COMPROMISE**

Chapter 7 Trustee Homer W. McClarty has filed a motion to compromise avoidable transfer claims for $7,500.00. The Debtor transferred $21,730.00 to his mother within two years of his bankruptcy filing. To avoid litigation, the Debtor's mother has offered to pay the estate $7,500.00 to resolve all claims that the estate may have against her. Due to the costs and uncertainty associated with litigation and collection, the Trustee believes that it is in the best interest of the estate to compromise the estate's claims for $7,500.00. A full copy of the Motion may be obtained by getting a copy of the Motion from PACER or by contacting counsel for the Trustee.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to approve the settlement, or if you want the court to consider your views on the settlement, within 21 days from the date of this notice, you or your attorney must:

File with the court a written objection or request for hearing, explaining your position at:[1]

        United States Bankruptcy Court
        211 West Fort St.
        Detroit, Michigan 48226

If you mail your objection or request for hearing to the court for filing, you must mail it early enough so the court will **receive** it before the 21-day period expires. All attorneys are required to file pleadings electronically.

You must also send a copy to:

        Tracy M. Clark, Esq.
        Steinberg Shapiro & Clark
        25925 Telegraph Rd., Suite 203
        Southfield, MI 48033

If an objection or request for hearing is timely filed, the clerk will schedule a hearing and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

        Steinberg Shapiro & Clark


        /s/ Tracy M. Clark (P60262)
        Attorney for Trustee
        25925 Telegraph Rd., Suite 203
        Southfield, MI 48033
        (248) 352-4700
        clark@steinbergshapiro.com

Date: May 11, 2026

---

[1]Objection or request for hearing must comply with F.R. Civ.P. 8(b), (c) and (e).

In re:

Joshua Adam Kaplan,                                    Case No. 25-48523-TJT
                                                       Chapter 7
                        Debtor.                        Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

I certify that on May 11, 2026, I served copies as follows:

| | |
|---|---|
| Documents Served: | Motion for Order Approving Compromise; Notice; Certificate of Service |
| Served Upon: | Jeffrey H. Bigelman, Esq.<br>Attorney for Debtor |
| Method of Service: | ECF Notification |
| Documents Served: | Motion for Order Approving Compromise; Notice; Certificate of Service |
| Served Upon: | Kenneth A. Nathan, Esq.<br>Attorney for Andrea Kaplan<br>Nathan Law PLC<br>29777 Telegraph Rd., Suite 1170<br>Southfield, MI 48034 |
| Method of Service: | Email |
| Document Served: | Notice of Trustee's Motion for Order Approving Compromise |

<table>
<tr><td>Served Upon:</td><td>Joshua Adam Kaplan<br>7412 Carlyle Crossing<br>West Bloomfield, MI 48322</td></tr>
</table>

Served Upon:        Joshua Adam Kaplan
7412 Carlyle Crossing
West Bloomfield, MI 48322

All creditors with timely filed and allowed proofs of claim (*See* L.B.R. 2002-2)

Method of Service:       First-Class Mail

<u>/s/ Christine T. Pape, Legal Assistant</u>
Steinberg Shapiro & Clark
Attorneys for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
cpape@steinbergshapiro.com

| Claimant |
| --- |
| Alliance Mechanical, Inc.<br>74 W. Long Lake Road<br>Ste. 101<br>Bloomfield Hills, MI 48304 |
| BMW Financial Services NA, LLC c/o AIS Portfolio S<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 |
| CSC Capital Group, LLC<br>1471 E. Nine Mile Road<br>Hazel Park, MI 48030 |
| Comerica Bank<br>PO Box 75000<br>MC 3205<br>Detroit, MI 48275 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 |
| Lakeside Birmingham Investments, LLC<br>1500 Lakeside Drive<br>Birmingham, MI 48009 |
| Miller Canfield Paddock & Stone PLC<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226 |
| United States of America<br>United States Attorney's Office - EDMI<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joshua Adam Kaplan,                          Case No. 25-48523-TJT
                                             Chapter 7
                  Debtor.                    Hon. Thomas J. Tucker
_____/

## EXHIBIT LIST

| Exhibit | Description |
|---------|-------------|
| A | Stipulation |

In re:

Joshua Adam Kaplan,

        Debtor.

_____/

Case No. 25-48523-TJT
Chapter 7
Hon. Thomas J. Tucker

## STIPULATION CONCERNING ORDER APPROVING COMPROMISE

Chapter 7 Trustee Homer W. McClarty and Andrea Kaplan stipulate to entry

of the proposed Order Approving Compromise.

| Steinberg Shapiro & Clark | Nathan Law PLC |
|---|---|
| /s/ Tracy M. Clark | /s/ with consent Kenneth A. Nathan |
| Tracy M. Clark (P60262) | Kenneth A. Nathan (P39142) |
| Attorney for Trustee | Attorney for Andrea Kaplan |
| 25925 Telegraph Rd., Suite 203 | 29777 Telegraph Rd., Suite 1170 |
| Southfield, MI 48033 | Southfield, MI 48034 |
| (248) 352-4700 | (248) 663-5133 |
| clark@steinbergshapiro.com | ken@nathanlawplc.com |

Andrea Kaplan
5718 Stonington Ct.
West Bloomfield, MI 48322